UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**RODSDRICKE MARTIN,**

   Plaintiff,

v.                                          No. 4:24-cv-00480-P

**CITY OF FORT WORTH, ET AL.,**

   Defendants.

## ORDER

On July 11, 2024, Texas Health Resources Corporation filed a motion to stay this case and compel arbitration. ECF No. 12. The Court granted that motion on September 26, 2024. ECF No. 17.

In addition, and in an effort to manage the Court's docket more efficiently, this case should be, and is hereby, **ADMINISTRATIVELY CLOSED**. This case may be reopened, without prejudice, upon motion by either party.

The Clerk of Court is **DIRECTED** to administratively close this case until further notice.

**SO ORDERED** on this **29th day** of **October 2024**.

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE